UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS ROBLES,
    Petitioner,

v.                                       Case No.: 5:13cv6/MCR/EMT

N.C. ENGLISH, WARDEN,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 18, 2013 (doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] No objections have been filed.

Having considered the Report and Recommendation and the record, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3. Petitioner's motion for summary judgment (doc. 14) is **DENIED**.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 19th day of July, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation was mailed to an address provided in Petitioner's notice of a change of address. (*See* Doc. 19).